## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTISAN PIZZA & WINE, LLC, *a New York limited liability company,*<br><br>      *Plaintiff,*<br>v.<br><br>BURRATA PIZZA CORP., *a New York corporation*<br><br>      *Defendant.* | Civil Action No. 22-cv-00189<br><br>~~[PROPOSED]~~ STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel:

**WHEREAS,** on or about January 10, 2022, Plaintiff Artisan Pizza & Wine, LLC ("Plaintiff") commenced an action against Defendant Burrata Pizza Corp. ("Defendant") by filing a Complaint in the United States District Court for the Southern District of New York styled *Artisan Pizza & Wine, LLC v. Burrata Pizza Corp.*, No. 7:22-cv-00189 (the "Action"), in which Plaintiff asserted against Defendant claims of trademark infringement of Plaintiff's BURRATA trademarks, unfair competition, and other related claims under federal and state law; and

**WHEREAS,** it is undisputed that Plaintiff owns and itself has used the trademark BURRATA for restaurant services since at least 2012;

**WHEREAS,** it is undisputed that Plaintiff has registered the BURRATA mark with the United States Patent and Trademark Office, including U.S. Registration No. 5,339,762;

**WHEREAS,** the Parties have reached agreement for resolution of this Action, the full terms and conditions of which are set forth in a settlement agreement, dated October 31, 2022 (the "Agreement"); and

**WHEREAS**, in furtherance of the parties' mutual desire to amicably, efficiently, and expeditiously settle and discontinue this action without incurring additional costs and fees, the Parties have agreed to entry by the Court of this Stipulated Consent Judgment and Permanent Injunction and the continuing jurisdiction of the Court on the terms and conditions set forth herein;

**THEREFORE**, Plaintiff and Defendant hereby stipulate and agree, and the Court hereby **ORDERS** that:

1. Effective December 1, 2022, subject to Paragraph 2, Burrata Pizza Corp. and each of its officers, directors, employees, shareholders, owners, representatives, affiliates, franchisees, successors, assignees, and any other person or entity acting on its behalf, is hereby permanently restrained and enjoined from any use of the name and mark BURRATA, or any name or mark which is confusingly similar to BURRATA, including without limitation BURRATA PIZZA and BURRATINA, as a trademark or trade name, as part of any domain name, and in connection with any advertising, marketing and/or promotion of restaurant services.

2. Nothing herein shall prevent Defendant from using and adopting the name and mark BURRATA BASIL PIZZA in connection with restaurant services of the type currently offered by Defendant, subject to the terms of the Agreement.

3. Defendant shall use best commercial efforts to ensure that the domain name www.burratapizzamenu.com is disabled.

4. Defendant shall take immediate steps to file an amendment to its registered name Burrata Pizza Corp.

5. Notwithstanding the foregoing, Defendant may use the word burrata to describe certain menu offerings that include burrata cheese as an ingredient.

6. All claims and defenses in this action are hereby resolved by this Stipulated Consent Judgment and Permanent Injunction.

7.      This Court shall retain continuing jurisdiction over the Parties and the action for purposes of enforcing this Stipulated Consent Judgment and Permanent Injunction and/or enforcing the Parties' Settlement Agreement.

8.      Each party is to bear its own fees and costs.

**SO ORDERED:**

Dated: White Plains, New York,
       November 10, 2022

_____
The Honorable Philip Morgan Halpern
United States District Judge

**STIPULATED AND AGREED:**

By: _____
Yuval H. Marcus
Stefanie M. Garibyan
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-8011
Fax: (914) 288-0023
Email: Marcus@leasonellis.com
Email: Garibyan@leasonellis.com
*Attorneys for Plaintiff*

By: _____
Christopher A. Raimondi
Anthony T. Wladyka, III
552 Broadway
Massapequa, NY 11758
Tel: (516) 308-4462
Email: craimondi@raimondi-law.com
*Attorneys for Defendant*

3